**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br>1333 H Street NW<br>11th Floor<br>Washington, DC 20005 |  |
| *Plaintiff*, |  |
| v. |  |
| OFFICE OF MANAGEMENT AND BUDGET<br>725 17th Street NW<br>Washington, DC 20503, |  |
| U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES<br>200 Independence Avenue SW<br>Washington, DC 20201, | Case No. _____ |
| U.S. DEPARTMENT OF HOMELAND<br>SECURITY<br>3801 Nebraska Avenue NW<br>Washington, DC 20016, *and* |  |
| U.S. DEPARTMENT OF THE TREASURY<br>1500 Pennsylvania Avenue NW<br>Washington, DC 20220 |  |
| *Defendants.* |  |

**<u>COMPLAINT FOR INJUNCTIVE RELIEF</u>**

1.      Plaintiff Democracy Forward Foundation ("Democracy Forward") brings this

action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), to compel the

production of records in the possession of Defendants Office of Management and Budget

("OMB"), U.S. Department of Health and Human Services ("HHS"), U.S. Department of

Homeland Security ("DHS"), and U.S. Department of the Treasury ("Treasury") (collectively, "Defendants").

2.    In November 2018, *The Daily Beast* reported, based on documents produced in response to a FOIA request, that U.S. Environmental Protection Agency officials expressly approved a script bolstering the Trump Administration's policy agenda, which was read by a news anchor in advance of then-Administrator Scott Pruitt's May 2017 appearance on *Fox & Friends*, the morning program of Fox News Channel, without acknowledging the government's role in creating the content.[1]

3.    In August 2019, *The Hollywood Reporter* reported, based on documents produced in response to a FOIA request by Democracy Forward, that officials at the U.S. Department of the Treasury had requested a number of changes to an article on the Fox Business Network website, including asking for a new social media post from Fox Business's Twitter account, with a Fox Business Network reporter responding to a Treasury official that she "just did exactly what you asked me to do."[2]

---

[1] *See* Maxwell Tani, *'Fox & Friends' Fed Interview Script to Trump's EPA Chief, Emails Show*, Daily Beast (Nov. 27, 2018), https://www.thedailybeast.com/fox-and-friends-fed-interview-script-to-trumps-epa-chief-emails-show.

[2] *See* Jeremy Barr, *"You're the Man": Fox News Emails With Trump Treasury Department Reveal Coziness*, Hollywood Reporter (Aug. 15, 2019), https://www.hollywoodreporter.com/news/youre-man-fox-news-emails-trump-treasury-team-reveal-coziness-1231461.

4.     These actions raised concerns about possible violations of a law that prohibits the government from playing an undisclosed role in the creation and dissemination of information and opinions through the news media.[3]

5.     In order to determine how widespread these potentially unlawful practices are, Democracy Forward submitted FOIA requests to Defendants seeking records reflecting communications between (1) political appointees in specific agency offices and (2) an enumerated list of media organizations.

6.     Defendants have failed to respond sufficiently to Democracy Forward's requests. Democracy Forward therefore respectfully requests that the Court compel Defendants to comply with FOIA and produce all responsive, non-exempt records.

## JURISDICITON AND VENUE

7.     This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

8.     Venue in this Court is proper under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

9.     Plaintiff Democracy Forward Foundation is a not-for-profit public interest organization incorporated under the laws of the District of Columbia and based in Washington, D.C. Democracy Forward works to promote transparency and accountability in government, in part by educating the public on government actions and policies.

---

[3] *See, e.g.*, 2016 Consolidated Appropriations Act, Pub. L. No. 114-113, § 718, 129 Stat. 2477 (2015) (prohibiting use of funds "for publicity or propaganda purposes within the United States").

10.     Defendant OMB is a federal agency within the meaning of FOIA, *see* 5 U.S.C. § 552(f)(1), that is headquartered in Washington, D.C. Defendant has possession, custody, and control of records Democracy Forward has requested pursuant to FOIA.

11.     Defendant HHS is a federal agency within the meaning of FOIA, *see* 5 U.S.C. § 552(f)(1), that is headquartered in Washington, D.C. Defendant has possession, custody, and control of records Democracy Forward has requested pursuant to FOIA.

12.     Defendant DHS is a federal agency within the meaning of FOIA, *see* 5 U.S.C. § 552(f)(1), that is headquartered in Washington, D.C. Defendant has possession, custody, and control of records Democracy Forward has requested pursuant to FOIA.

13.     Defendant Treasury is a federal agency within the meaning of FOIA, *see* 5 U.S.C. § 552(f)(1), that is headquartered in Washington, D.C. Defendant has possession, custody, and control of records Democracy Forward has requested pursuant to FOIA.

## **STATEMENT OF FACTS**

### OMB FOIA Request

14.     Democracy Forward submitted a FOIA request to OMB on April 23, 2020, requesting the following records:

1. All records containing or documenting communications sent to or received by OMB political appointees with the following organizations and domains:

   o   Fox News or @foxnews.com, @foxbusiness.com
   o   Breitbart News Network or @breitbart.com
   o   Blaze Media or @blazemedia.com
   o   CRTV.com or @crtv.com
   o   The Blaze or @theblaze.com
   o   NewsMax or @newsmax.com
   o   Daily Caller or @dailycaller.com, @dailycallernewsfoundation.org
   o   Daily Wire or @dailywire.com
   o   One America News or @oann.com
   o   Sinclair Broadcast Group or @sbgi.net

4

    o The Rush Limbaugh Show or @rushlimbaugh.com

Ex. A ("OMB FOIA Request") at 1-2. The search period for the OMB FOIA Request was

January 1, 2019, to the date of search. The OMB FOIA Request also excluded publicly available

materials such as news clips unless they contained additional discussion or commentary.

   15. Democracy Forward sought a waiver of search and duplicating fees under 5

U.S.C. § 552(a)(4)(A)(iii) and 5 C.F.R. Part 1303, which require waiver of fees if the disclosure

is "likely to contribute significantly to public understanding of the operations or activities of the

government and is not primarily in the commercial interest of the requester." *See* OMB FOIA

Request at 3.

   16. On April 23, 2020, Democracy Forward received a message confirming receipt by

OMB of the OMB FOIA Request and assigning it tracking number 2020-339.

   17. Democracy Forward has received no further communication from OMB since

April 23, 2020.

   18. OMB's response to Democracy Forward's FOIA request was due no later than

May 21, 2020. *See* 5 U.S.C. § 552(a)(6)(A)(i).

   19. As of the date of this Complaint, OMB has not produced any records responsive

to the OMB FOIA Request, nor has OMB notified Democracy Forward of the scope of any

responsive records the agency intends to produce or withhold, or any reasons for any

withholdings, or informed Democracy Forward that it may appeal any adequately specific,

adverse determination.

   20. Because OMB has "fail[ed] to comply with the applicable time limit provisions"

of the FOIA, Democracy Forward is "deemed to have exhausted [its] administrative remedies."

*See id.* § 552(a)(6)(C)(i).

<u>HHS FOIA Request</u>

21.     Democracy Forward submitted a FOIA request to HHS on April 23, 2020,

requesting the following records:

1.  All records containing or documenting communications sent to or received by political
    appointees in the HHS Office of the Assistant Secretary for Public Affairs, Office of the
    Secretary, and Office of the Deputy Secretary with the following organizations and
    domains:

    o   Fox News or @foxnews.com, @foxbusiness.com
    o   Breitbart News Network or @breitbart.com
    o   Blaze Media or @blazemedia.com
    o   CRTV.com or @crtv.com
    o   The Blaze or @theblaze.com
    o   NewsMax or @newsmax.com
    o   Daily Caller or @dailycaller.com, @dailycallernewsfoundation.org
    o   Daily Wire or @dailywire.com
    o   One America News or @oann.com
    o   Sinclair Broadcast Group or @sbgi.net
    o   The Rush Limbaugh Show or @rushlimbaugh.com

Ex. B ("HHS FOIA Request") at 1-2. The search period for the HHS FOIA Request was January

1, 2019, to the date of search. The HHS FOIA Request also excluded publicly available materials

such as news clips unless they contained additional discussion or commentary.

22.     Democracy Forward sought a waiver of search and duplicating fees under 5

U.S.C. § 552(a)(4)(A)(iii) and 45 C.F.R. § 5.54, which require waiver of fees if the disclosure is

"likely to contribute significantly to public understanding of the operations or activities of the

government and is not primarily in the commercial interest of the requester." *See* HHS FOIA

Request at 3.

23.     On May 1, 2020, Democracy Forward received a message confirming receipt by

HHS of the HHS FOIA Request, assigning it tracking number 2020-01088-FOIA-OS, and

invoking a ten-working-day extension due to "unusual and exceptional circumstances."

6

24.     On June 16, 2020, Democracy Forward received a message from HHS indicating that the status of the HHS FOIA Request had changed to "In Process."

25.     HHS's response to Democracy Forward's FOIA request was due no later than June 5, 2020. *See* 5 U.S.C. §§ 552(a)(6)(A)(i) & (a)(6)(B).

26.     As of the date of this Complaint, HHS has not produced any records responsive to the HHS FOIA Request, nor has HHS notified Democracy Forward of the scope of any responsive records the agency intends to produce or withhold, or any reasons for any withholdings, or informed Democracy Forward's that it may appeal any adequately specific, adverse determination.

27.     Because HHS has "fail[ed] to comply with the applicable time limit provisions" of the FOIA, Democracy Forward is "deemed to have exhausted [its] administrative remedies." *See id.* § 552(a)(6)(C)(i).

<u>DHS FOIA Request</u>

28.     Democracy Forward submitted a FOIA request to DHS on April 23, 2020, requesting the following records:

1.  All records containing or documenting communications sent to or received by political appointees in the DHS Office of Public Affairs, Office of the Secretary, and Office of the Deputy Secretary with the following organizations and domains:

    o   Fox News or @foxnews.com, @foxbusiness.com
    o   Breitbart News Network or @breitbart.com
    o   Blaze Media or @blazemedia.com
    o   CRTV.com or @crtv.com
    o   The Blaze or @theblaze.com
    o   NewsMax or @newsmax.com
    o   Daily Caller or @dailycaller.com, @dailycallernewsfoundation.org
    o   Daily Wire or @dailywire.com
    o   One America News or @oann.com
    o   Sinclair Broadcast Group or @sbgi.net
    o   The Rush Limbaugh Show or @rushlimbaugh.com

7

Ex. C ("DHS FOIA Request") at 1-2. The search period for the DHS FOIA Request was January 1, 2019, to the date of search. The DHS FOIA Request also excluded publicly available materials such as news clips unless they contained additional discussion or commentary.

29.     Democracy Forward sought a waiver of search and duplicating fees under 5 U.S.C. § 552(a)(4)(A)(iii) and 6 C.F.R. § 5.11, which require waiver of fees if the disclosure is "likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." *See* DHS FOIA Request at 3.

30.     Democracy Forward has received no communication from DHS regarding the DHS FOIA Request.

31.     DHS's response to Democracy Forward's FOIA request was due no later than May 21, 2020. *See* 5 U.S.C. §§ 552(a)(6)(A)(i) & (a)(6)(B).

32.     As of the date of this Complaint, DHS has not produced any records responsive to the DHS FOIA Request, nor has DHS notified Democracy Forward of the scope of any responsive records the agency intends to produce or withhold, or any reasons for any withholdings, or informed Democracy Forward that it may appeal any adequately specific, adverse determination.

33.     Because DHS has "fail[ed] to comply with the applicable time limit provisions" of the FOIA, Democracy Forward is "deemed to have exhausted [its] administrative remedies." *See id.* § 552(a)(6)(C)(i).

<u>Treasury FOIA Request</u>

34.     Democracy Forward submitted a FOIA request to Treasury on April 23, 2020,

requesting the following records:

1.  All records containing or documenting communications sent to or received by political
    appointees in the Treasury Office of Public Affairs, Office of the Secretary, and Office of
    the Deputy Secretary with the following organizations and domains:

    o   Fox News or @foxnews.com, @foxbusiness.com
    o   Breitbart News Network or @breitbart.com
    o   Blaze Media or @blazemedia.com
    o   CRTV.com or @crtv.com
    o   The Blaze or @theblaze.com
    o   NewsMax or @newsmax.com
    o   Daily Caller or @dailycaller.com, @dailycallernewsfoundation.org
    o   Daily Wire or @dailywire.com
    o   One America News or @oann.com
    o   Sinclair Broadcast Group or @sbgi.net
    o   The Rush Limbaugh Show or @rushlimbaugh.com

Ex. D ("Treasury FOIA Request") at 1-2. The search period for the Treasury FOIA Request was

January 1, 2019, to the date of search. The Treasury FOIA Request also excluded publicly

available materials such as news clips unless they contained additional discussion or

commentary.

35.     Democracy Forward sought a waiver of search and duplicating fees under 5

U.S.C. § 552(a)(4)(A)(iii) and 31 C.F.R. § 1.7, which require waiver of fees if the disclosure is

"likely to contribute significantly to public understanding of the operations or activities of the

government and is not primarily in the commercial interest of the requester." *See* Treasury FOIA

Request at 3.

36.     On April 28, 2020, Democracy Forward received a letter from Treasury refusing

to process the Treasury FOIA Request. *See* Ex. E.  The letter informed Democracy Forward that

Treasury concluded that the request "is too broad to be processed" and that the request did not

"describe the records in reasonably sufficient detail to enable employees who are familiar with the subject area of the request to locate records." Although Treasury asserted that the letter "is not a denial of your request," it also stated that Treasury would not process the request as written, but that Treasury would reconsider if Democracy Forward agreed to narrow its request to "a subject matter or topic of interest."

37.     In a response dated April 28, 2020, Democracy Forward declined to revise the Treasury FOIA Request, noting that the request as written complies with all FOIA requirements and that the FOIA does not require that a request be limited to "a subject matter or topic of interest." *See* Ex. F. Democracy Forward further noted that Treasury has previously processed a FOIA request that is substantially similar to the Treasury FOIA Request. *See id.* (citing Treasury FOIA Request No. 2018-12-063). Accordingly, Democracy Forward asked Treasury to reconsider its denial of the request.

38.     On May 1, 2020, Treasury—having apparently reconsidered its previous response—sent Democracy Forward a letter acknowledging receipt of the Treasury FOIA Request and indicating that it would require an additional ten days to process the request due to "unusual circumstances." *See* Ex. G.

39.     Democracy Forward has received no further correspondence from Treasury since May 1, 2020.

40.     Treasury's response to Democracy Forward's FOIA request was due no later than June 5, 2020. *See* 5 U.S.C. §§ 552(a)(6)(A)(i) & (a)(6)(B).

41.     As of the date of this Complaint, Treasury has not produced any records responsive to the Treasury FOIA Request, nor has Treasury notified Democracy Forward of the scope of any responsive records the agency intends to produce or withhold, or any reasons for

any withholdings, or informed Democracy Forward that it may appeal any adequately specific, adverse determination.

42.     Because Treasury has "fail[ed] to comply with the applicable time limit provisions" of the FOIA, Democracy Forward is "deemed to have exhausted [its] administrative remedies." *See id.* § 552(a)(6)(C)(i).

## CLAIMS FOR RELIEF

### Count One (Violation of the FOIA by OMB), 5 U.S.C. § 552

43.     Democracy Forward incorporates by reference the foregoing paragraphs as if fully set forth herein.

44.     By failing to respond to Democracy Forward's request within the statutorily prescribed time limit, OMB has violated its duties under FOIA, *see* 5 U.S.C. § 552 *et seq.*, including but not limited to its duties to conduct a reasonable search for responsive records and to produce all responsive, reasonably segregable, non-exempt information, and to not withhold responsive records.

45.     Democracy Forward is being irreparably harmed by OMB's violation of the FOIA and will continue to be irreparably harmed until OMB is compelled to comply with the FOIA.

### Count Two (Violation of the FOIA by HHS), 5 U.S.C. § 552

46.     Democracy Forward incorporates by reference the foregoing paragraphs as if fully set forth herein.

47.     By failing to respond to Democracy Forward's request within the statutorily prescribed time limit, HHS has violated its duties under FOIA, see 5 U.S.C. § 552 *et seq.*, including but not limited to its duties to conduct a reasonable search for responsive records and

to produce all responsive, reasonably segregable, non-exempt information, and to not withhold responsive records.

48.     Democracy Forward is being irreparably harmed by HHS's violation of the FOIA and will continue to be irreparably harmed until HHS is compelled to comply with the FOIA.

**Count Three (Violation of the FOIA by DHS), 5 U.S.C. § 552**

49.     Democracy Forward incorporates by reference the foregoing paragraphs as if fully set forth herein.

50.     By failing to respond to Democracy Forward's request within the statutorily prescribed time limit, DHS has violated its duties under FOIA, see 5 U.S.C. § 552 *et seq.*, including but not limited to its duties to conduct a reasonable search for responsive records and to produce all responsive, reasonably segregable, non-exempt information, and to not withhold responsive records.

51.     Democracy Forward is being irreparably harmed by DHS's violation of the FOIA and will continue to be irreparably harmed until DHS's is compelled to comply with the FOIA.

**Count Four (Violation of the FOIA by Treasury), 5 U.S.C. § 552**

52.     Democracy Forward incorporates by reference the foregoing paragraphs as if fully set forth herein.

53.     By failing to respond to Democracy Forward's request within the statutorily prescribed time limit, Treasury has violated its duties under FOIA, see 5 U.S.C. § 552 *et seq.*, including but not limited to its duties to conduct a reasonable search for responsive records and to produce all responsive, reasonably segregable, non-exempt information, and to not withhold responsive records.

54.     Democracy Forward is being irreparably harmed by Treasury's violation of the FOIA and will continue to be irreparably harmed until Treasury is compelled to comply with the FOIA.

### Request for Relief

WHEREFORE, Democracy Forward prays that this Court:

1.  order Defendants to conduct a search for any and all responsive records to Democracy Forward's FOIA requests using search methods reasonably likely to lead to discovery of all responsive records;

2.  order Defendants to produce, by a date certain, any and all non-exempt responsive records and a *Vaughn* index of any responsive records withheld under a claim of exemption;

3.  enjoin Defendants from continuing to withhold any and all non-exempt responsive records;

4.  order Defendants to grant Democracy Forward's request for a fee waiver;

5.  award Democracy Forward its attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and

6.  grant any other relief this Court deems appropriate.

//

//

//

//

//

//

//

13

Dated: June 23, 2020                    Respectfully submitted,

                                        */s/ Nitin Shah*
                                        Nitin Shah (D.C. Bar No. 156035)
                                        Benjamin Seel (D.C. Bar No. 1035286)
                                        Sean Lev (D.C. Bar No. 449936)
                                        Democracy Forward Foundation
                                        1333 H Street NW
                                        11th Floor
                                        Washington, D.C. 20005
                                        (202) 448-9090
                                        nshah@democracyforward.org
                                        bseel@democracyforward.org
                                        slev@democracyforward.org